January 15, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

ANTHONY JOHNSON, Appellant

NO. 14-11-00842-CV                    V.

THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS
AND JUDITH JOHNSON, Appellees

_____

This cause, an appeal from the "ORDER ON MOTION TO TERMINATE CHILD SUPPORT AND WAGE WITHHOLDING ORDER," signed August 29, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, Anthony Johnson, to pay all costs in this appeal. We further order the decision certified below for observance.